| | |
|---|---|
| **VERMONT SUPERIOR COURT**<br>Chittenden Unit<br>175 Main Street, PO Box 187<br>Burlington VT  05402<br>802-863-3467<br>www.vermontjudiciary.org | **CIVIL DIVISION**<br>Case No. 24-CV-00236 |



| John Discola v Nicholas Deml et al |
|---|

# DETERMINATION OF PRISONER'S PETITION

This case has been reviewed by the judge and is deemed to be the following:

☐ **Post-Conviction Relief**
The clerk shall notify the Prisoner's Rights Office, State's Attorney, and Attorney Generals' Office and set for a status conference. See 13 V.S.A. § 7133.

☐ **Post- Conviction Relief – Wrong County**
This petition is for post-conviction relief but has been filed in the wrong court.  This case is hereby dismissed. It can be refiled in the county in which the sentence was imposed.  See 13 V.S.A. § 7131.

☒ **Rule 75**
The clerk shall notify the Prisoners' Rights Office and counsel for the Department of Corrections and set for a status conference. Inmate is responsible for service by waiver of service form. (Prisoner's Rights Office may assist with service). See VRCP 4(1).

☐ **Regular Civil Claim**
Plaintiff is responsible for service by waiver of service form. See VRCP 4(1). The clerk shall move the case to the regular civil docket and send waiver of service forms to Plaintiff.

☐ **Rule 74 (Furlough Revocation Appeal)**
The clerk shall send copies to the Prisoner's Rights Office and counsel for the Department of Corrections. If no motion to dismiss is filed within 14 days, the case will be set for a status conference. See 28 V.S.A. § 724(c).

☒ **Other: Mr. Discola has filed so mnay cases that they are causing confusion  The new ones may be set with his existing cases to try to manage them, which may mean they are not set as soon as they might otherwise be.**

Electronically signed on February 20, 2024 pursuant to V.R.E.F. 9(d).

_____
Helen M. Toor
Superior Court Judge